## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| PERFORMANCE ADDITIVES, LLC,<br><br>        Plaintiff,<br>   v.<br>UNITED STATES,<br><br>        Defendant. | **Court No. 22-00044** |

### ORDER OF REASSIGNMENT

Pursuant to 28 U.S.C. § 253(c) and Rule 77(e)(4) of the Rules of this Court, the above-entitled action, previously assigned to the Honorable Claire R. Kelly, is hereby reassigned to the Honorable Jane A. Restani.

Dated at New York, New York, this 21st day of March, 2024

                                               /s/ Mark A. Barnett
                                                Mark A. Barnett
                                                Chief Judge