**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: HON. JANE A. RESTANI, JUDGE**

---

| | |
|---|---|
| **PERFORMANCE ADDITIVES, LLC,** | : |
| Plaintiff, | : |
| v. | : Court No. 22-00044 |
| **UNITED STATES OF AMERICA,** | : |
| Defendant. | : |

---

## NOTICE OF APPEAL

Notice is hereby given that plaintiff, Performance Additives, LLC., in the above-captioned action, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered May 31, 2024 following issuance of Slip Op. 24-65 on the same date.

Respectfully submitted,

/s/John M. Peterson
John M. Peterson
Richard F. O'Neill
Patrick B. Klein
NEVILLE PETERSON LLP
*Counsel to Plaintiff Performance Additives, LLC*
One Exchange Plaza
55 Broadway, Suite 2602
New York, NY 10006
(212) 635-2730
jpeterson@npwny.com

July 9, 2024