# United States Court of Appeals
# for the Federal Circuit

---

**PERFORMANCE ADDITIVES, LLC,**

*Plaintiff-Appellant*

**v.**

**UNITED STATES,**

*Defendant-Appellee*

---

2024-2059

---

Appeal from the United States Court of International Trade in No. 1:22-cv-00044-JAR, Senior Judge Jane A. Restani.

---

## MANDATE

---

In accordance with the judgment of this Court, entered February 24, 2026, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

May 26, 2026
Date

Jarrett B. Perlow
Clerk of Court